United States District Court
Southern District of Texas
**ENTERED**
March 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Rodney Paul F. Sr.,<br>  *Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action H-25-683 |
| Frank Bisignano,<br>  *Defendant.* | §<br>§<br>§ | |

## ORDER OF ADOPTION

On February 18, 2026, Magistrate Judge Richard W. Bennett recommended that the Commissioner's motion for summary judgment be granted, that the Plaintiff's motion for summary judgment be denied, and that the Commissioner's decision be affirmed and the case be dismissed with prejudice. (Document No. 15) No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The court will issue a separate final judgment.

Signed at Houston, Texas, on March **6**, 2026.

DAVID HITTNER
SENIOR UNITED STATES DISTRICT JUDGE